UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| LORRAINE CAPPELLO, et al., | ) |
| *Plaintiffs* | ) |
| v. | ) Cause No. 3:16-CV-290 RLM-MGG |
| FRANCISCAN ALLIANCE, INC., *et al.*, | ) |
| *Defendants* | ) |

ORDER

Pursuant to the stipulation of dismissal [Doc. No. 208] and Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is DISMISSED with prejudice, with each party bearing its own attorneys' fees and costs.

SO ORDERED.

ENTERED:   October 19, 2020

　　　　　　　　　　　　　　　　　　/s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　　　Judge
　　　　　　　　　　　　　　　　United States District Court