# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

LORRAINE CAPPELLO, *on behalf of themselves and all others similarly situated; Case No. 3:16-cv-290*; JEFFREY O'BARSKI, *on behalf of themselves and all others similarly situated; Case No. 3:16-cv-290*; JEAN L. JEWETT, *on behalf of herself, individually, and on behalf of all others similarly situated; Case No. 3:16-cv-591*, *on behalf of* Franciscan Alliance Inc Pension Security Plan; LENORE R OWENS, *on behalf of herself, individually, and on behalf of all others similarly situated*, *on behalf of* Franciscan Alliance Inc Pension Security Plan; and LORI L BUKSAR, *on behalf of herself, individually, and on behalf of all others similarly situated*, *on behalf of* Franciscan Alliance Inc Pension Security Plan

   Plaintiffs
 v.

**Civil Action No.  3:16-cv-290**

FRANCISCAN ALLIANCE, INC., *an Indiana non-profit Corporation; Case No. 3:16-cv-290 and Case No. 3:16-cv-591*; FRANCISCAN ALLIANCE PENSION AND BENEFITS COMMITTEE, *Case No. 3:16-cv-290*; JOHN DOES 1 – 20, *Case No. 3:16-cv-290*; THE PENSION COMMITTEE FOR THE FRANCISCAN ALLIANCE PENSION SECURITY PLAN, *CASE NO. 3:16-CV-591* (Termed: 09/01/2017); JOHN AND JANE DOES 1-20, *Case No. 3:16-cv-591* (Termed: 09/01/2017); JOHN AND JANE DOES 21-40, *Case No. 3:16-cv-591* (Termed: 09/01/2017); MEMBERS OF THE PENSION COMMITTEE FOR THE FRANCISCAN ALLIANCE PENSION SECURITY PLAN, *each an individual; Case No. 3:16-cv-591* (Termed: 09/01/2017); BOARD OF TRUSTEES OF FRANCISCAN ALLIANCE, INC.; and JOHN DOES 21-40

   Defendants
 v.

UNITED STATES OF AMERICA, *Case No. 3:16-cv-591*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____ recover costs from the plaintiff _____.

  **X**  Other:  This case is DISMISSED with prejudice pursuant to the stipulation of dismissal and Fed. R. Civ. P. 41(a)(1)(A)(ii).

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

 **X**  decided by Judge Robert L. Miller, Jr. on a Stipulation of Dismissal with Prejudice.

DATE: 10/19/2020                                   ROBERT N. TRGOVICH, CLERK OF COURT

                                                   by   s/ B. Scheumann _____
                                                   *Signature of Clerk or Deputy Clerk*